```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08072
   CHRISTINE D BROWN MELTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-0564


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/03/2007 and was confirmed 06/20/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   70.00%.

     The case was dismissed after confirmation 12/10/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
RESCAP MORTGAGE            CURRENT MORTG         .00           .00            .00
HSBC MORTGAGE SERVICE      CURRENT MORTG         .00           .00            .00
HSBC MORTGAGE SERVICE      MORTGAGE ARRE     1497.36           .00        1497.36
US BANK NATIONAL ASSOC     SECURED NOT I         .00           .00            .00
AT & T BANKRUPCTY          UNSECURED       NOT FILED           .00            .00
COMMONWEALTH EDISON        UNSECURED         3183.28           .00         143.11
FINGERHUT CORP             NOTICE ONLY     NOT FILED           .00            .00
FINGERHUT                  NOTICE ONLY     NOT FILED           .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED          165.09           .00            .00
FINGERHUT                  NOTICE ONLY     NOT FILED           .00            .00
FIRST PREMIER BANK         NOTICE ONLY     NOT FILED           .00            .00
PREMIER BANKCARD           UNSECURED          417.48           .00          18.77
GLENDALE NISSAN            NOTICE ONLY     NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1158.44           .00          52.08
T-MOBILE USA               UNSECURED          254.16           .00            .00
UNITED AUTO CREDIT         UNSECURED       NOT FILED           .00            .00
UNITED AUTO CREDIT         UNSECURED         1026.61           .00          46.15
RESCAP MORTGAGE            MORTGAGE ARRE     4214.27           .00        4214.27
REGINA BROWN               NOTICE ONLY     NOT FILED           .00            .00
RESCAP MORTGAGE            MORTGAGE NOTI   NOT FILED           .00            .00
STEFANS STEFANS & STEFAN   DEBTOR ATTY       2,000.00                     2,000.00
TOM VAUGHN                 TRUSTEE                                          637.95
DEBTOR REFUND              REFUND                                           291.31

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS        DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  8,901.00

PRIORITY                                        .00
SECURED                                    5,711.63

                  PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 08072 CHRISTINE D BROWN MELTON
```

```
UNSECURED                                                  260.11
ADMINISTRATIVE                                           2,000.00
TRUSTEE COMPENSATION                                       637.95
DEBTOR REFUND                                              291.31
                                     ---------------   ---------------
TOTALS                                      8,901.00          8,901.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```